IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LACARSHA GAY,

    Plaintiff,

v.

COBB COUNTY, GEORGIA,
OFFICERS MC MADDEN, and
MOORE, and SERGEANT DORSEY
in their individual capacity,

    Defendants.

CIVIL ACTION FILE

NO. 1:16-CV-2539-MHC

# ORDER

This case comes before the Court on Cobb County Police Department's Motion to Dismiss [Doc. 19]. Cobb County Police Department seeks to be dismissed as a Defendant because it is an entity not subject to suit. However, the Court already has dismissed Cobb County Police Department for this very reason. September 8, 2016, Order [Doc. 4] at 7. Specifically, the Court stated:

> [S]heriff's departments and police departments have no independent legal existence and therefore are not entities that are subject to suit under § 1983 or under Georgia law. See, e.g., Lawal v. Fowler, 196 F. App'x 765, 768 (11th Cir. 2006) (holding that "[s]heriff's departments and police departments are not usually considered legal entities subject to suit" under Georgia law and therefore may not be properly sued as a party in federal court) (quoting Dean v. Barber, 951

F.2d 1210, 1214 (11th Cir. 1992)); Lovelace v. DeKalb Cent. Prob., 144 F. App'x 793, 795 (11th Cir. 2005) (affirming dismissal of complaint against DeKalb County Police Department, which was not a legal entity having capacity to be sued). Accordingly, it is hereby **ORDERED** that Cobb County Police Department be **DISMISSED** as a Defendant.

Id.[1]

Because Cobb County Police Department already has been terminated as a party, it is hereby **ORDERED** that its Motion to Dismiss [Doc. 19] is **DENIED AS MOOT.**

IT IS SO ORDERED this 20th day of December, 2016.

*Mark H. Cohen*
MARK H. COHEN
United States District Judge

---

[1] The Court also notes that the docket in this case clearly indicates that Cobb County Police Department was terminated as a defendant on September 8, 2016.