# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| LACARSHA GAY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION FILE |
| v. | § | |
| | § | NO. 1:16-CV-2539-MHC |
| COBB COUNTY, GEORGIA, | § | |
| OFFICERS M. C. MADDEN, and | § | |
| MOORE, and SGT. DORSEY, in | § | |
| their individual capacity, | § | |
| | § | |
| Defendants. | § | |

## APPEARANCE OF COUNSEL

TO:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I

appear in this case as counsel for plaintiff LACARSHA GAY.

Respectfully submitted this the _27th_ day of December, 2016.

Hagen, Rosskopf & Earle, LLC


/s/ Kendrick K. McWilliams, Sr._____
Kendrick K. McWilliams, Sr.
State Bar of Georgia  #140983
Attorney for the Plaintiff

# <u>CERTIFICATE OF TYPE STYLE</u>

This document was prepared using Book Antiqua 14 point font.

This 27th day of December, 2016.

                                      Hagen, Rosskopf & Earle, LLC

                                      /s/ Kendrick K. McWilliams, Sr._____

                                      Kendrick K. McWilliams, Sr.

119 N. McDonough St.            State Bar of Georgia  #140983

Decatur, Georgia 30030-3300   Attorney for the Plaintiff

(404)522-7553

(404) 522-7744 - fax

Kendrick@hagen-law.com

# CERTIFICATE OF SERVICE

It is hereby certified that I have this day electronically filed with the Clerk and served a true and correct copy of Plaintiff's Appearance of Counsel by using the CM/ECF system and hereby certify I have this day served a true and correct copy by causing a copy of the same to be deposited in the mail with proper postage affixed thereto and addressed as follows:

> Eddie Snelling, Jr.
> Sr. Associate County Attorney
> 100 Cherokee Street, Suite 350
> Marietta, Georgia 30090

This __27th_ day of December, 2016.

> /s/ Kendrick K. McWilliams, Sr.
> Kendrick K. McWilliams, Sr.
> State Bar of Georgia  #140983
> Attorney for the Plaintiff

119 N. McDonough St.
Decatur, Georgia 30030-3300
(404)522-7553
(404) 522-7744 - fax
Kendrick@hagen-law.com