# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LACARSHA GAY, § § | |
| Plaintiff, § § | |
| | § CIVIL ACTION FILE |
| v. § § | |
| | § NO. 1:16-CV-2539-MHC |
| COBB COUNTY, GEORGIA, § | |
| OFFICERS M.C. MADDEN, and § | |
| MOORE, and SGT. DORSEY, in § | |
| their individual capacity, § § | |
| Defendants. § | |

## STIPULATION BY THE PARTIES' TO STAY DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST DISCOVERY REQUESTS

In light of the Court's Order granting EDDIE SNELLING, JR.'s MOTION FOR LEAVE OF ABSENCE AND REQUEST FOR EXTENSION OF TIME (Doc. 21), and the Court's Standing Order regarding civil litigation (II. D.1., Discovery), the parties stipulate that Defendants' Responses to Plaintiff's Interrogatories and Request for Production of Documents will be due on or before Tuesday May 10, 2017. The stipulation is based on the parties understanding that discovery commences 30 days after the leave of absence ends. Further, four month discovery in this case ends July 28, 2017.

[Signature Page Follows]

This 26th day of January, 2017.

HAGEN, ROSSKOPF & EARLE, LLC


/s/ Kendrick K. McWilliams, Sr.\_\_\_\_\_
Kendrick K. McWilliams, Sr.
119 N. McDonough St.                State Bar of Georgia  #140983
Decatur, Georgia 30030-3300          Counsel for the Plaintiff
(404) 522-7553
(404) 522-7744 - fax
Kendrick@hagen-law.com


 /s/ H. William Rowling, Jr.\_\_\_\_\_
H. William Rowling, Jr.
State Bar of Georgia # 617225
Cobb County Attorney's Office
(by KKM with express permission)


100 Cherokee Street, Suite 350
Marietta, Georgia 30090-7003
(770) 528-4003
(770) 528-4010
BRowling@cobbcounty.org

## **CERTIFICATE OF SERVICE**

It is hereby certified that I have this day electronically filed with the Clerk and served a true and correct copy of JOINT STIPULATION REGARDING PLAINTIFF'S DISCOVERY TO DEFENDANTS by using the CM/ECF system and hereby certify I have this day served a true and correct copy by causing a copy of the same to be deposited in the mail with proper postage affixed thereto and addressed as follows:

>Eddie Snelling, Jr.
>Sr. Associate County Attorney
>100 Cherokee Street, Suite 350
>Marietta, Georgia 30090

This _26th_ day of January, 2017.

>/s/ Kendrick K. McWilliams, Sr._____
>Kendrick K. McWilliams, Sr.
>State Bar of Georgia #140983
>Counsel for the Plaintiff

119 N. McDonough St.
Decatur, Georgia 30030-3300
(404) 522-7553
(404) 522-7744 - fax
Kendrick@hagen-law.com