

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 12 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| LACARSHA GAY, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | CIVIL ACTION |
| COBB COUNTY, GEORGIA, COBB | * | NO. 1:16-CV-2539-MHC |
| COUNTY POLICE DEPT., | * | |
| OFFICERS M.C. MADDEN, and | * | |
| MOORE, and SERGEANT DORSEY | * | |
| in their individual capacity, | * | |
| | * | |
| Defendants. | * | |

## MOTION TO SEAL DOCUMENT

COMES NOW Defendants Cobb County, Georgia, Officers Matthew Madden, Bryan Moore, and Sergeant Robert Dorsey (Defendants) and, pursuant to Fed. R. Civ. P. 5.2(a), Fed. R. Civ. P. 5.2 (d), Standing Order No. 04-02, and Instructions for Cases Assigned to the Honorable Mark H. Cohen (Doc. 43), and file this their motion to seal Attachment B, Exhibits 4,5,6 and 7 to the Declaration of Ronald Prince which contains audio/video exhibits depicting a minor and references the identification of the minor child; and Attachment G, Exhibit 2 to the Declaration of David Howell which contains medical records. (See Doc. 43, Page 12).

## CERTIFICATE OF TYPE STYLE

This document was prepared using Times New Roman 14 point font.

This 12th day of October, 2017.

                                        COBB COUNTY ATTORNEY'S OFFICE
                                        Attorneys for Defendants

BY: _____
                                        EDDIE SNELLING, JR.
                                        Senior Associate County Attorney
                                        State Bar No. 664725
                                        H. WILLIAM ROWLING, JR.
                                        Deputy County Attorney
                                        State Bar No. 617225
                                        DEBORAH L. DANCE
                                        County Attorney
                                        State Bar No. 203765

100 Cherokee Street, Suite 350
Marietta, GA  30090
770-528-4000 (phone)
770-528-4010 (facsimile)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LACARSHA GAY, | * |
| | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION |
| | * NO. 1:16-CV-2539-MHC |
| COBB COUNTY, GEORGIA, COBB | * |
| COUNTY POLICE DEPT., | * |
| OFFICERS MC MADDEN, and | * |
| MOORE, and SERGEANT DORSEY | * |
| in their individual capacity, | * |
| | * |
| Defendants. | * |

## CERTIFICATE OF SERVICE

It is hereby certified that I have this day filed with the Clerk and served a true and correct copy of Defendants' Motion to Seal by causing a copy of the same to be deposited in the mail with proper postage affixed thereto and addressed as follows:

> Kendrick K. McWilliams, Sr.
> 119 North McDonough Street
> Decatur, Georgia 30030

*(Signature and Date on following page)*

This 12th day of October, 2017.

By: /s/ Eddie Snelling
EDDIE SNELLING, JR.
Senior Associate County Attorney
State Bar No. 664725

100 Cherokee Street, Suite 350
Marietta, GA  30090
770-528-4000 (phone)
770-528-4010 (facsimile)